

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2018

No. 04-18-00321-CV

**ALMANZA BUSINESS GROUP, LLC**,
Appellant

v.

**CBI LOGISTIC SERVICES LLC**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVF-001798 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

The appellee's brief was originally due to be filed on August 27, 2018. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to September 26, 2018.

On October 4, 2018, this court notified appellee's attorney in writing that the brief was not timely filed. Appellee was informed that if no response was filed within ten days, the appeal would be set at issue without an appellee's brief.

On October 15, 2018, appellee filed an unopposed motion requesting an additional extension of time to file the brief. In its motion, appellee requests a thirty-day extension from the date of its motion or until November 14, 2018, for a total extension of almost eighty days from the original due date. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEE WILL BE GRANTED**. The appellee's brief must be filed by November 14, 2018, or the case may set "at issue" and submitted without the appellee's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court